| In Pro Per:<br>Mark Zavislak, In Pro Per<br>1600 Amphitheatre Parkway<br>Mountain View, CA  94043<br>*Telephone No:* 650-714-2075 | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| *In Pro Per:* Plaintiff | | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | | | | | |
| *Plaintiff:* Mark Zavislak | | | | | |
| *Defendant:* Google Inc, et al. | | | | | |
| **PROOF OF SERVICE**<br>**Summons in a Civil** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV1404802NC | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Certification; Motion for Permission for Electronic Case File; [Proposed] Order Granting Motion for Permission for Electronic Case Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Civil Standing Order; Standing order; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Clerk's Notice; ECF Registration Information Handout

3. a. *Party served:* Google Inc, Welfare Benefit Plan, c/o Google Inc.
   b. *Person served:* Steve Cassidy, Person Authorized to Accept

4. *Address where the party was served:* CSC Lawyers
   2710 Gateway Oaks Dr, Suite 150 N
   Sacramento, CA  95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Oct. 29, 2014 (2) at: 2:45PM

7. *Person Who Served Papers:*
   a. Daniel S. Singh

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee for Service was:**    $27.50

   **1500 W. El Camino Avenue, #510**
   **Sacramento, CA 95833**
   **855-5VALPRO, Fax (866) 900-4665**
   **www.ValproAttorneyServices.com**

   Valpro

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    2013-47
      (iii) County:             Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Oct. 29, 2014                                     (Daniel S. Singh)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons in a Civil

*marzav.2365*