1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MARK L. ZAVISLAK,

       Plaintiff,

     v.

GOOGLE INC. WELFARE BENEFIT
PLAN,

       Defendant.

Case No. 14-cv-04802 NC

**ORDER OF CONDITIONAL
DISMISSAL**

Re: Dkt. No. 33

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 30 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

IT IS SO ORDERED.

Date:  April 6, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-04802 NC
ORDER OF CONDITIONAL
DISMISSAL